```
1   CHRISTOPHER CHIOU
    Acting United States Attorney
2   Nevada Bar Number 14853
    JEAN N. RIPLEY
3   Assistant United States Attorney
    501 Las Vegas Boulevard, Suite 1100
4   Las Vegas, Nevada 89101
    Tel: (702) 388-6336
    Fax: (702) 388-6418
5   Jean.Ripley@usdoj.gov

6   Attorneys for the United States
```

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00011-GMN-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND JOINT MOTION FOR PROTECTIVE ORDER** |
| NACARDRICK BASS, | |
| Defendant. | |

The government and defendant Nacardrick Bass respectfully move this Court for a protective order to limit disclosure of sensitive material pertaining to an expected trial witness of the government, including, but not limited to, documents and discovery related to said witness' discussions with law enforcement related to the defendant (hereinafter referred to as the "Protected Information").

The government intends to disclose to defense counsel documents and discovery in accordance with its discovery obligations, including pursuant to *Brady* and *Giglio*. The parties hereby stipulate and agree to the following:

a. The Protected Information shall only be used by the defendant, his counsel, and any other members of the defendant's trial team for purposes of the defense of Nacardrick Bass in the above-captioned case;

b. The Protected Information shall not be used for any purpose other than in the defense of Narcardrick Bass in the above-captioned case;

c. Upon conclusion of this action, within a reasonable time not to exceed thirty days after the last appeal is final, the Protected Information shall be returned to the government or destroyed by defense counsel;

d. Following the entry of a Protective Order, the government will disclose to defense counsel a copy of this sensitive material pursuant to the terms of the protective order;

e. By disclosing this material, the government does not concede that any obligation of disclosure, Constitutional or otherwise, exists, nor does it concede that this material may be used for any purpose whatsoever at trial, including impeachment; and

f. The parties reserve the right to file a motion *in limine* to preclude the defense's use of this material for any purpose whatsoever at trial.

Dated this 3rd day of March, 2022.

Respectfully submitted,

_Jean N. Ripley_____                    _Aden Kebede_____
JEAN N. RIPLEY                                    ADEN KEBEDE
Assistant United States Attorney                  Assistant Federal Public Defender

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00011-GMN-EJY |
| Plaintiff, | |
| v. | **PROTECTIVE ORDER** |
| NACARDRICK BASS, | |
| Defendant. | |

Based on the Stipulation and Joint Motion for Protective Order, and good cause appearing therefore, the Court hereby:

1. Grants a protective order to limit disclosure of sensitive material, including, but not limited to, documents and discovery related to an expected trial witness of the government (the "Protected Information");

2. The Protected Information shall only be used by the defendant, his counsel, and any other members of the defendant's trial team for purposes of the defense of Nacardrick Bass in the above-captioned case;

3. The Protected Information shall not be used for any purpose other than in the defense of Narcardrick Bass in the above-captioned case;

4. Following the entry of a Protective Order, the government will disclose to defense counsel a copy of this sensitive material pursuant to the terms of the protective order; and

//

//

//

4.  Upon conclusion of this action, within a reasonable time not to exceed thirty days after the last appeal is final, the protected information shall be returned to the government or destroyed by defense counsel and certified to government counsel the destruction of the protected information;

Based on the foregoing, IT IS THEREFORE ORDERED that the Joint Motion for a Protective Order is hereby GRANTED.

Dated this 8th day of March, 2022.

HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE