# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

NACARDRICK BASS,

        Defendant.

Case No. 2:22-cr-00011-GMN-EJY

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 17, 2026 at 2:00 p.m., be vacated and continued to _April 24, 2026_ at the hour of 10:30 a.m.

DATED this __13_ day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

1