RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Nacardrick Bass

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00011-GMN-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (Second Request) |
| NACARDRICK BASS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Joseph Weidhaas, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Nacardrick Bass, that the Revocation Hearing currently scheduled on April 24, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than eight (8) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel will be out of the district from April 24, 2026, to May 1, 2026.

2.     The parties agree to the continuance.

3.     The defendant is in custody and agrees to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 20th day of April, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Acting Attorney General of the United States |
| By */s/ Dawn A. Penn*<br>DAWN A. PENN<br>Assistant Federal Public Defender | By *Joseph Weidhaas*<br>JOSEPH WEIDHAAS<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

NACARDRICK BASS,

        Defendant.

Case No. 2:22-cr-00011-GMN-EJY

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 24, 2026 at 10:30 a.m., be vacated and continued to May 7, 2026 _____ at the hour of 11:00 a.m.

    DATED this 20 day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE

3